THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED 
 BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Maxie Lee Goodyear, Appellant.
 
 
 

Appeal From Marion County
 James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-625
Submitted December 1, 2004 Filed December 
 10, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant. 
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. 
 McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; 
 and Solicitor Edgar Lewis Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM:  Maxie Lee Goodyear appeals his guilty pleas to assault 
 and battery with intent to kill and assault with intent to kill.  Counsel for 
 Goodyear attached to the final brief a petition to be relieved as counsel.  
 Goodyear filed a separate pro se response.  
After a review of the record as required by Anders v. California, 
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we hold there are no directly appealable issues that are arguable 
 on their merits.  Accordingly, we dismiss Goodyears appeal and grant counsels 
 petition to be relieved.
APPEAL DISMISSED.
ANDERSON, STILWELL, and SHORT, JJ., concur.